UNITED STATES of America, Plaintiff–Appellee,

v.

Patrick M. ENGLISH, Defendant–Appellant.

No. 14–15446
Non–Argument Calendar.

United States Court of Appeals, Eleventh Circuit.

Aug. 10, 2015.

Lindsay Feinberg, Michael J. Moore, U.S. Attorney's Office, Macon, GA, Leah E. McEwen, U.S. Attorney's Office, Albany, GA, for Plaintiff–Appellee.

Demetria Nicole Williams, Law Office of D. Nicole Williams, Albany, GA, for Defendant–Appellant.

---

578

Before ED CARNES, JORDAN and JILL PRYOR, Circuit Judges.

PER CURIAM:

D. Nicole Williams, appointed counsel for Patrick M. English in this appeal, has moved to withdraw from further representation of the appellant and has filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and English's conviction and sentence is **AFFIRMED**.